1  CENTER FOR DISABILITY ACCESS
   Ray Ballister, Jr., Esq., SBN 111282
2  Phyl Grace, Esq., SBN 171771
   Dennis Price, Esq., SBN 279082
3  Mail: PO Box 262490
   San Diego, CA 92196-2490
4  Delivery: 9845 Erma Road, Suite 300
   San Diego, CA 92131
5  (858) 375-7385; (888) 422-5191 fax
   phylg@potterhandy.com
6  Attorneys for Plaintiff

7  NATHAN V. OKELBERRY (SBN: 266596)
   nokelberry@fisherphillips.com
8  FISHER & PHILLIPS LLP
   444 S. Flower Street, Suite 1500
9  Los Angeles, CA 90071
   Telephone: (213) 330-4500
10 Facsimile: (213) 330-4501
   Attorney for Defendants
11 Jerick Hacobian and Smart & Final Stores LLC

12              UNITED STATES DISTRICT COURT
13              CENTRAL DISTRICT OF CALIFORNIA

14 DARRYL EVERSOLE,                    ) Case No.: 2:18-CV-00920-JFW-SS
15       Plaintiff,                    )
   v.                                  ) **JOINT NOTICE OF SETTLEMENT**
16                                     )
   JERICK HACOBIAN;                    )
17 RAVEN ENTERPRISES, L.P., a          )
   California Limited Partnership;     )
18 STONEHAVEN ENTERPRISES, LLC, a      )
   California Limited Liability Company;)
19 SMART & FINAL STORES LLC, a         )
   California Limited Liability Company; and)
20 Does 1-10,                          )
                                       )
21       Defendants.                   )

---

Joint Notice of Settlement        -1-              2:18-CV-00920-JFW-SS

1  The Parties hereby jointly notify the court that a global settlement has been
2  reached in the above-captioned case and the parties would like to avoid any additional
3  expense, and further the interests of judicial economy.

4  All Parties, therefore, apply to this Honorable Court to vacate all currently set
5  dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to
6  all parties will be filed within 60 days. The Parties further request that the Court
7  schedule a Status Conference/OSC Hearing approximately 60 days out at which the
8  Parties, by and through their attorneys of record shall show cause why this case has not
9  been dismissed.

11  Dated: July 3, 2018           CENTER FOR DISABILITY ACCESS

13                                By: /s/ Phyl Grace
                                      Phyl Grace
                                      Attorneys for Plaintiff

15  Dated: July 3, 2018           FISHER & PHILLIPS LLP

17                                By: /s/ Nathan V. Okelberry
                                      Nathan V. Okelberry
18                                    Attorney for Defendants
                                      Jerick Hacobian and Smart & Final Stores
19                                    LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Nathan V. Okelberry, counsel for Jerick Hacobian and Smart & Final Stores LLC, and that I have obtained Mr. Okelberry's authorization to affix his electronic signature to this document.

Dated: July 3, 2018          CENTER FOR DISABILITY ACCESS

                             By: /s/ Phyl Grace
                                 Phyl Grace
                                 Attorney for Plaintiff