CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

NATHAN V. OKELBERRY (SBN: 266596)
nokelberry@fisherphillips.com
FISHER & PHILLIPS LLP
444 S. Flower Street, Suite 1500
Los Angeles, CA 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501
Attorney for Defendants
Jerick Hacobian and Smart & Final Stores LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL EVERSOLE,<br><br>　　　Plaintiff,<br>v.<br><br>JERICK HACOBIAN; RAVEN ENTERPRISES, L.P., a California Limited Partnership; STONEHAVEN ENTERPRISES, LLC, a California Limited Liability Company; SMART & FINAL STORES LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　Defendants. | Case: 2:18-CV-00920-JFW-SS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 8, 2018            CENTER FOR DISABILITY ACCESS

                                  By: /s/ Phyl Grace
                                      Phyl Grace
                                      Attorneys for Plaintiff

Dated: October 8, 2018            FISHER & PHILLIPS LLP

                                  By: /s/ Nathan V. Okelberry
                                      Nathan V. Okelberry
                                      Attorney for Defendants
                                      Jerick Hacobian and Smart & Final Stores LLC

# SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Nathan V. Okelberry, counsel for Jerick Hacobian and Smart & Final Stores LLC, and that I have obtained Mr. Okelberry's authorization to affix his electronic signature to this document.

Dated: October 8, 2018          CENTER FOR DISABILITY ACCESS

                                By: /s/ Phyl Grace
                                    Phyl Grace
                                    Attorneys for Plaintiff